UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CEDRIC NICKERSON<br>Plaintiff, | § § § | Civ. No. CC-08-122 |
| v. | § § § | |
| RICHARD CRITES, et al.<br>Defendants. | § § § | |

## ORDER ADOPTING MEMORANDA AND RECOMMENDATIONS

Pending before the Court is the plaintiff's Motions for Preliminary Injunction (D.E. 4 and D.E. 24). The Magistrate Judge filed a memorandum and recommendation (D.E. 25). The plaintiff has not filed objections.

Having reviewed the pleadings and motions on file, the Court adopts the Magistrate Judge's recommendation and hereby DENIES the petitioner's motions for a preliminary injunction (D.E. 4 and D.E. 24).

ORDERED this /2- day of March, 2009.

HAYDEN HEAD
CHIEF JUDGE